RECEIVED
ASHEVILLE, N.C.
NOV 29 2005
U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

R. GORDON HALFACRE and ANNE R. )
SHAWCROFT, )
) CASE NO. 3:04CV488
Plaintiffs, )
) **ORDER OF DISMISSAL**
vs. )
)
YARDS BY US, INC., )
ANDREAS DAMBAKAKIS, and CLIFF )
MUNCY dba MUNCYWEB.COM, )
)
Defendants.

The parties having stipulated, pursuant to Federal Rule 41(a)(1), to the dismissal with prejudice of this action, it is hereby ORDERED that this matter is dismissed with prejudice.

This 20 day of December, 2005.

*Robert J. Conrad*
United States District Judge

DOCUMENT SCANNED

78987.doc